**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000503
07-JAN-2026
08:21 AM
Dkt. 18 OAWST**

NO. CAAP-25-0000503

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JONAS MOLLOY,
Plaintiff/Counterclaim Defendant-Appellant, v.
SUZETTE S. GURTLER, Defendant/Counterclaim Plaintiff-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CASE NO. 3CCV-23-0000325)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, Wadsworth and McCullen, JJ.)

Upon consideration of the November 10, 2025 *Stipulation for Dismissal of Appeal with Prejudice* (Stipulation), filed by Defendant-Appellee Suzette S. Gurtler (Gurtler), the papers in support, and the record, it appears that:

(1) The appeal has not been docketed.

(2) Although the parties' Stipulation states it is being submitted pursuant to Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42(b), because the appeal has not been docketed, the matter is governed by HRAP Rule 42(a). The parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs.

(3) The Stipulation is signed by counsel for Gurtler and by self-represented Plaintiff-Appellant Jonas Molloy.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved pursuant to HRAP Rule 42(a) and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, January 7, 2026.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge